

FILED

04/28/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0061

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0061

DANIEL P. McCAUL,

Plaintiff and Appellant,

v.

SOUTHWEST MONTANA FEDERAL
CREDIT UNION,

Defendant and Appellee.

**FILED**

APR 2 8 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Counsel for Appellant Daniel P. McCaul moves the Court to withdraw as counsel under § 37-61-403(2), MCA. Counsel states that withdrawal is necessary because a total and irreconcilable breakdown in the attorney-client relationship has occurred.

IT IS THEREFORE ORDERED that the motion to withdraw as counsel is GRANTED.

IT IS FURTHER ORDERED that Appellant is granted an extension of time to and including May 31, 2021, within which to prepare, file, and serve Appellant's opening brief on appeal.

The Clerk is directed to provide a copy of this Order to all counsel of record and to Appellant Daniel P. McCaul personally.

DATED this 28th day of April, 2021.

_____

_____

_____
Justices